IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | No. 1:08CR10001-001 |
| | ) | |
| KENNETH ANDREW HARTMAN | ) | |

## **ORDER**

On August 7, 2008, an Information was filed in this Court charging the Defendant Kenneth Andrew Hartman with a violation of Title 42 U.S.C. §14072, failure to register as a sex offender, a Class A misdemeanor. At the hearing, the Defendant waived prosecution by Indictment and consented to being prosecuted by Information. The Defendant's signed Waiver of Indictment was then filed of record with the Court. Thereafter, the Defendant entered a plea of guilty to the Information, the Court accepted the plea and adjudged the Defendant guilty of a violation of 42 U.S.C. §14072, failure to register as a sex offender, a Class A misdemeanor. In light of the Defendant's plea of guilty to the Information, the Government moved that the Indictment (Doc. No. 1) filed against the Defendant in this case be dismissed. Upon consideration, the Court finds that the Government's motion should be granted. The January 9, 2008, Indictment against Defendant Kenneth Andrew Hartman is hereby **dismissed**.

IT IS SO ORDERED, this 7th day of August, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge